IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 JAN 10 A 8 44

CLERK _BMcCarthy_
SO. DIST. OF GA.

| | |
|---|---|
| GREGORY GILLILAN, | ) |
| Plaintiff, | ) |
| v. | ) CV 106-122 |
| MICHAEL THOMAS, | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief can be granted.

SO ORDERED this 10th day of January, 2007, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE